751 F.2d 384
 Desantis (Isabelle), Desantis (Paul A.)
v.
Ross (Eugene), Ross (Valeria), Ross (Renee), Ross (Michele),
Ross (Mark), West (Jack), Hargis (Ted), Hargis (Terry),
Defranco (Robert), Domiano (Joseph), Porter (Ted), Berk
(Richard), Fienga (Warren), Haddad (Norman), Cockrell (Richard)
 NO. 83-3630
 United States Court of Appeals,
sixth Circuit.
 NOV 30, 1984
 Appeal From: N.D.Ohio
 
 1
 AFFIRMED IN PART; REVERSED IN PART AND REMANDED.